**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-10-513 |
| | § | |
| RONALD HOWARD GIBBS, *et al.* | § | |

**O R D E R**

The court held a pretrial conference in this case on December 8, 2010. The government and the defendants orally requested a motion for continuance. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | May 2, 2011 |
| Responses are to be filed by: | May 16, 2011 |
| Interim Pretrial Conference is set for: | **January 27, 2011, at 8:45 a.m.** |
| Competency Hearing is set for: | **February 2, 2011, at 10:00 a.m.** |
| Suppression Hearing is set for: | **March 30, 2011, at 10:00 a.m.** |
| Final Pretrial conference is reset to**:** | **May 23, 2011, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **May 31, 2011, at 9:00 a.m.** |

SIGNED on December 9, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge