IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-10-513 (2-3) |
| | § § § | |
| MONTRACE PIER<br>ANRAY DERSHAN ADKINS | § § | |

**O R D E R**

Defendant Adkins filed a motion for continuance. (Docket Entry No. 84). The government and codefendant Pier are unopposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | July 11, 2011 |
| Responses are to be filed by: | July 25, 2011 |
| Pretrial conference is reset to**:** | **August 1, 2011 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **August 8, 2011 at 9:00 a.m.** |

SIGNED on May 5, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge